To whom it may concern,

It is with great honor and pleasure that I am writing this letter of support for Dr. Kathleen Hodgin.

I am a Cardiothoracic Surgeon and I worked together with Kate at JFK Medical center where she helped us recovered our cardia and critical care patients through the last 4 or 5 years.
She did an outstanding job, helping us reach significant STS goals that clearly showed her dedication and professional attitude towards improving patient care and organizing a CVICU that evolved over the last few years to a very complex one, including the first LVAD "destination" program in South Florida.

Kate showed her true color when COVID hit the US in 2020. She quickly and quietly became the leader and true "hero" of our hospital , treating every patient that came through with the utmost respect, giving one hundred and one percent of her time to the care of all these new and difficult patients, fighting the virus and every aspect of the disease in a seamless way, at a time where fear and uncertainly was present among many around us, showing her intrinsic courage and assertiveness in treating our patients and their families with everything she had, always with empathy and kindness.

I feel that Kate is not only an amazing physician, extremely knowledgeable and practical, but a better human being, the person anyone would want to have by one's side on a fight for life.

I strongly recommend her for any position she might be applying without any reservation, since I know for fact that she would give everything and more to the team she would choose to be part of.

Sincerely


Marcos A. Nores MD

Cardiothoracic Surgeon

Medical Director Cardiovascular Services

JFK Medical Center

Atlantis, FL 33462

Cell 561-324-9750