# Friedlander Adam

| | |
|---|---|
| **From:** | Friedlander Adam |
| **Sent:** | Wednesday, November 17, 2021 6:04 AM |
| **To:** | Ott Christopher |
| **Subject:** | RE: RE: JFK Follow-up |
| **Attachments:** | Mirza Incident_10.18.2021.pdf |

Thanks, Chris. I also wanted to pass along that Kate may have shared with you that she has an open Ethics & Compliance complaint re: Dr. Sajid Mirza on 10/18/2021 (2110HCA10155). After Kate had spoken to EC and myself, I informed JFK CMO Ray Golish, JFK Chief of Staff Jack Zeltzer and my direct report, Pablo via email so they were aware and could investigate and not be blindsided (see attached). I heard nothing from any of them, including Pablo- not even an acknowledgement for letting them know- literally no response, which has become the norm for Pablo/ICC for some time now.

I would like to speak with you further at some point- let me know when you have some time.

Adam

**Adam L. Friedlander, MD, MSc**
Intensivist, JFK Medical Center – Main Campus
Affiliated Assistant Professor, University of Miami Miller School of Medicine
Intensive Care Consortium, Inc.
**Physician Services Group | HCA**
5301 South Congress Ave., Atlantis, FL 33462
M 561.419.1172

HCAHealthcare.com  |  Connect With Us



This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient.  It is NOT intended for external distribution. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.

**From:** Ott Christopher
**Sent:** Tuesday, November 16, 2021 4:40 PM
**To:** Friedlander Adam <afriedlander@icchealthcare.com>
**Subject:** RE: RE: JFK Follow-up

Adam,
Thanks. I appreciate the additional awareness. I've reached out to learn more from Ethics and HR as well.
Chris

Christopher J. Ott , MD, FACEP | Chief Medical Officer
| **Physician Services Group | HCA**

Christopher.Ott@hcahealthcare.com
(615) 372-5583 (o) | (720) 480-2242 (c)

1



**From:** Friedlander Adam
**Sent:** Monday, November 15, 2021 8:56 PM
**To:** Ott Christopher <Christopher.Ott@hcahealthcare.com>
**Subject:** RE: JFK Follow-up

Hi Chris,

Thank you so much for speaking with Kate today- it's appreciated and means a lot to both of us. We've always been honest with each other, and you have my word that everything she told you is absolutely true. I truly regret not bringing these events and pattern of behavior to your attention, but I still had faith in the system and chain-of-command, which I followed. Let me know when you're available to speak- hopefully soon.

Prior to speaking with you, please review the attached documentation. This is in regard to a specific recent incident (9/2/2021) in which I was publicly verbally assaulted by Dr. Faber. I immediately reported this Dr. Herscovici, Dr. Moas and EFD HR; when there was no response from any of them, I submitted a report to HCA Ethics & Compliance (HCA8SU1M4C) as per HCA process. I was never interviewed by anyone at JFK nor PSG re: this event (including our CMO, Dr. Golish, whom I alerted as well- who resigned today, by the way). Michelle Coburn was the only person that reached out to me (attached), and we spoke on 9/7/2021. At that time, I requested that this incident be escalated to you and reviewed by PSG leadership. I heard nothing until 10/04/2021, when Michelle emailed that the investigation was complete (attached).

I am still in shock and saddened and outraged about what happened to Kate. Please let me know when you can talk.

Thanks as always,

Adam

**Adam L. Friedlander, MD, MSc**
ICU Medical Director, JFK Medical Center (Main & North Campuses)
Affiliated Assistant Professor, University of Miami Miller School of Medicine
Director, ICC GME Critical Care Rotation
Intensive Care Consortium, Inc.
**Physician Services Group | HCA**
5301 South Congress Ave., Atlantis, FL 33462
M 561.419.1172

HCAHealthcare.com  |  Connect With Us



This email and any files transmitted with it may contain PRIVILEGED or CONFIDENTIAL information and may be read or used only by the intended recipient.  It is NOT intended for external distribution. If you are not the intended recipient of the email or any of its attachments, please be advised that you have received this email in error and that any use, dissemination, distribution, forwarding, printing, or copying of this email or any attached files is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify the sender by reply email or contact the sender at the number listed.