UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81733-CV-MIDDLEBROOKS

KATHERINE HODGIN, M.D.,

    Plaintiff,

v.

INTENSIVE CARE CONSORTIUM, INC.,
JFK MEDICAL CENTER LIMITED PARTNERSHIP,
HCA, INC., and HCA PHYSICIAN SERVICES, INC.,

    Defendants.

_____/

## ORDER GRANTING JOINT
## MOTION TO DISMISS WITH PREJUDICE AND CLOSING CASE

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice. The Parties jointly move to dismiss this case with prejudice, citing that the case has been resolved, and the Motion is signed by counsel for all Parties who have appeared in this action. Thus, after review of the Joint Motion and the record as a whole, it is **ORDERED AND ADJUDGED** that:

1. The Parties Joint Motion to Dismiss (DE 33) is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. Any pending motions shall be **DENIED AS MOOT**; and,

4. The Clerk of Court shall **CLOSE THIS CASE**.

**SIGNED** in Chambers at West Palm Beach, Florida on this 22nd day of August, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE